James P. Ricciardi
Patrick L. Hayden
Dion W. Hayes
McGUIREWOODS LLP
1345 Avenue of the Americas
Seventh Floor
New York, New York 10105
Telephone: (212) 548-2100
Facsimile: (212) 548-2150

Counsel for Quad-C Partners IV, L.P.
and Quad-C Partners VI, L.P.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case |
| HEARTLAND AUTOMOTIVE HOLDINGS, INC., et al., | Bankr. Case No. 08-40047-dml-11 |
| Debtors. | Jointly Administered **(Pending in the U.S. Bankruptcy Court, Northern District of Texas, Fort Worth Division)** |
| | Bankr. Misc. Proc. No. 08-mp-00401 |
| | Civil Action No. 08-CV-6362 (PKC) |

## RULE 7.1 STATEMENT OF QUAD-C ENTITIES

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Quad-C Partners IV, L.P. and Quad-C Partners VI, L.P. (together, the "Quad-C Entities"), both of which are private, non-governmental entities, certifies that (i) neither of the Quad-C Entities has a publicly held parent corporation and (ii) no publicly held corporation owns ten percent (10%) or more of the ownership interests of either of the Quad-C Entities.

Dated: July 28, 2008  
    New York, NY

/s/ Patrick L. Hayden  
James P. Ricciardi  
Patrick L. Hayden  
Dion W. Hayes  
McGUIREWOODS LLP  
1345 Avenue of the Americas, 7th Floor  
New York, New York 10105  
Telephone: (212) 548-2100  
Facsimile:  (212) 548-2150

Counsel to Quad-C Partners IV, L.P. and Quad-C Partners VI, L.P.

2