James P. Ricciardi
Dion W. Hayes
Patrick L. Hayden
Marshall Beil
McGUIREWOODS LLP
1345 Avenue of the Americas
Seventh Floor
New York, New York 10105
Telephone: (212) 548-2100
Facsimile: (212) 548-2150

Counsel to Quad-C Partners IV, L.P. and
Quad-C Partners VI, L.P.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case |
| HEARTLAND AUTOMOTIVE HOLDINGS, INC., et al., | Bankr. Case No. 08-40047-dml-11 |
| Debtors. | Jointly Administered **(Pending in the U.S. Bankruptcy Court, Northern District of Texas, Fort Worth Division)** |
| | S.D.N.Y. Civil Action No. 08-CV-6362 (PKC) |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE
OF MOTION TO WITHDRAW REFERENCE**

PLEASE TAKE NOTICE that Quad-C Partners IV, L.P. ("Quad-C IV") and Quad-C Partners VI, L.P. (together with Quad-C IV, "Quad-C") hereby withdraw without prejudice their Motion to Withdraw the Reference of Motion to Quash (the "Motion to Withdraw Reference"), filed in Bankruptcy Court Miscellaneous Proceeding No. 08-mp-00401 on July 15, 2008 [Docket No. 2], thus commencing the above-captioned civil action in this Court. The Motion to Withdraw Reference sought withdrawal of the automatic reference to the Bankruptcy Court with respect to Quad-C IV's Motion to Quash Subpoena of Jiffy Lube International, Inc. (the "Motion to Quash"). Jiffy Lube International, Inc. ("JLI"), the party that served the subpoena that Quad-

C IV sought to quash in the Motion to Quash, has informed Quad-C IV that the subpoena has been withdrawn and/or cancelled. Therefore, contemporaneously herewith, Quad-C IV has filed in the Bankruptcy Court a notice of withdrawal of its Motion to Quash, thereby rendering the Motion to Withdraw Reference moot. Quad-C reserves all rights to renew the Motion to Quash and Motion to Withdraw Reference should JLI serve any additional subpoenas on Quad-C or any affiliate, employee, or agent thereof.

Dated: July 30, 2008　　　　　　　　　　Respectfully submitted,
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　By: /s/ Patrick L. Hayden
　　　　　　　　　　　　　　　　　　　　　James P. Ricciardi
　　　　　　　　　　　　　　　　　　　　　Dion W. Hayes
　　　　　　　　　　　　　　　　　　　　　Patrick L. Hayden
　　　　　　　　　　　　　　　　　　　　　Marshall Beil
　　　　　　　　　　　　　　　　　　　　　McGUIREWOODS LLP
　　　　　　　　　　　　　　　　　　　　　1345 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　New York, New York 10105
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 548-2100
　　　　　　　　　　　　　　　　　　　　　Telecopier: (212) 548-2150

　　　　　　　　　　　　　　　　　　　　　Counsel to Quad-C Partners IV, L.P. and Quad-C
　　　　　　　　　　　　　　　　　　　　　Partners VI, L.P.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case |
| HEARTLAND AUTOMOTIVE HOLDINGS, INC., et al., | Bankr. Case No. 08-40047-dml-11 |
| Debtors. | Jointly Administered<br>**(Pending in the U.S. Bankruptcy Court, Northern District of Texas, Fort Worth Division)**<br><br>S.D.N.Y. Civil Action No. 08-CV-6362 (PKC) |

## CERTIFICATE OF SERVICE

I, Patrick L. Hayden, hereby certify that on the 30th of July 2008, I caused to be served a true and correct copy of the foregoing upon the address listed below by electronic mail and first-class U.S. mail.

> Robin E. Phelan
> Deborah S. Coldwell
> Haynes & Boone LLP
> 901 Main St.
> Suite 3100
> Dallas, TX 75202
> robin.phelan@haynesboone.com
> deborah.coldwell@haynesboone.com
> *Counsel to Jiffy Lube International, Inc.*

/s/   Patrick L. Hayden

3