James P. Ricciardi
Dion W. Hayes
Patrick L. Hayden
Marshall Beil
McGUIREWOODS LLP
1345 Avenue of the Americas
Seventh Floor
New York, New York 10105
Telephone: (212) 548-2100
Facsimile: (212) 548-2150

Counsel to Quad-C Partners IV, L.P. and
Quad-C Partners VI, L.P.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case |
| HEARTLAND AUTOMOTIVE HOLDINGS, INC., et al., | Bankr. Case No. 08-40047-dml-11 |
| Debtors. | Jointly Administered (Pending in the U.S. Bankruptcy Court, Northern District of Texas, Fort Worth Division) |
| | S.D.N.Y. Civil Action No. 08-CV-6362 (PKC) |

### NOTICE OF WITHDRAWAL WITHOUT PREJUDICE
### OF MOTION TO WITHDRAW REFERENCE

PLEASE TAKE NOTICE that Quad-C Partners IV, L.P. ("Quad-C IV") and Quad-C Partners VI, L.P. (together with Quad-C IV, "Quad-C") hereby withdraw without prejudice their Motion to Withdraw the Reference of Motion to Quash (the "Motion to Withdraw Reference"), filed in Bankruptcy Court Miscellaneous Proceeding No. 08-mp-00401 on July 15, 2008 [Docket No. 2], thus commencing the above-captioned civil action in this Court. The Motion to Withdraw Reference sought withdrawal of the automatic reference to the Bankruptcy Court with respect to Quad-C IV's Motion to Quash Subpoena of Jiffy Lube International, Inc. (the "Motion to Quash"). Jiffy Lube International, Inc. ("JLI"), the party that served the subpoena that Quad-

C IV sought to quash in the Motion to Quash, has informed Quad-C IV that the subpoena has been withdrawn and/or cancelled. Therefore, contemporaneously herewith, Quad-C IV has filed in the Bankruptcy Court a notice of withdrawal of its Motion to Quash, thereby rendering the Motion to Withdraw Reference moot. Quad-C reserves all rights to renew the Motion to Quash and Motion to Withdraw Reference should JLI serve any additional subpoenas on Quad-C or any affiliate, employee, or agent thereof.

Dated: August 1, 2008  
      New York, New York

Respectfully submitted,

By: *(signature)* Patrick L. Hayden  
James P. Ricciardi  
Dion W. Hayes  
Patrick L. Hayden  
Marshall Beil  
McGUIREWOODS LLP  
1345 Avenue of the Americas  
New York, New York 10105  
Telephone: (212) 548-2100  
Telecopier: (212) 548-2150

Counsel to Quad-C Partners IV, L.P. and Quad-C Partners VI, L.P.

SO ORDERED  
*(signature)*  
USDJ  
8-3-08

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case |
| HEARTLAND AUTOMOTIVE HOLDINGS, INC., et al., | Bankr. Case No. 08-40047-dml-11 |
| Debtors. | Jointly Administered (Pending in the U.S. Bankruptcy Court, Northern District of Texas, Fort Worth Division) |
| | S.D.N.Y. Civil Action No. 08-CV-6362 (PKC) |

### CERTIFICATE OF SERVICE

I, Patrick L. Hayden, hereby certify that on the 1st of August 2008, I caused to be served a true and correct copy of the foregoing upon the address listed below by electronic mail and first-class U.S. mail.

> Robin E. Phelan
> Deborah S. Coldwell
> Haynes & Boone LLP
> 901 Main St.
> Suite 3100
> Dallas, TX 75202
> robin.phelan@haynesboone.com
> deborah.coldwell@haynesboone.com
> *Counsel to Jiffy Lube International, Inc.*

_____
Patrick L. Hayden

3